UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 30, 2018
SEAN F. McAVOY, CLERK

| | |
|---|---|
| TERESA de JESUS MERAZ, as the spouse and widow of Antonio Zambrano-Montes; EZ-M, minor daughter of Antonio Zambrano-Montes; TdeJZ-M, minor daughter of Antonio Zambrano-Montes; AGAPITA MONTES RIVERA; JESUS ZAMBRANO FERNANDEZ; ANTONIO MONTES ZAMBANO, the Estate of Antonio Zambrano Montes,<br><br>                    Plaintiffs,<br>   v.<br><br>CITY OF PASCO; CITY OF PASCO POLICE DEPARTMENT; ROBERT METZGER, City of Pasco Chief of Police in his official capacity and individually along with his spouse Jane Doe Metzger; RYAN FLANAGAN, City of Pasco Police Officer in his official capacity and individually along with his spouse Jane Doe Flanagan; ADAM WRIGHT, City of Pasco Police Officer in his official capacity and individually along with his spouse Jane Doe Wright; ADRIAN ALANIZ, City of Pasco Police Officer in his official capacity and individually along with his spouse Jane Doe Alaniz; and DOES 1-12, inclusive.<br><br>                    Defendants. | NO: 4:15-CV-5088-RMP<br><br>ORDER OF DISMISSAL WITH PREJUCICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

BEFORE THE COURT is Defendants' Motion to Dismiss, ECF No. 132. Having reviewed the Motion and Plaintiffs' responses at ECF Nos. 134 and 135, the Court finds that all parties stipulate to dismissal, which comports with the terms of the parties' Final Release and Settlement Agreement, filed with the Court. *See* ECF No. 130 at 5. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss, **ECF No. 132**, is **GRANTED**.
2. Plaintiffs' Complaint is dismissed **with prejudice** and without costs to any party
3. All pending motions, if any, are **DENIED AS MOOT**.
4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 30, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge